## UNITED STATES DISTRICT COURT
### Northern District of Alabama
### Office of the Clerk
### Room 140, 1729 5th Avenue North
### Birmingham, Alabama 35203
### (205) 278-1700

**Greer M. Lynch**
**Clerk**

05/31/2024

Ms. Jacqueline Anderson Smith, Clerk
Jefferson County Circuit Court
716 Richard Arrington Jr Blvd North
Birmingham, AL 35203

                                                   **Case Number: 2:23 CV 1486 AMM**

**Dear Ms. Smith:**

     In accordance with the Order of this Court, this case is hereby Remanded to your Court for further litigation. Enclosed is a copy of the Order of Remand and a copy of the docket entries of the original record on file. Please acknowledge receipt of this letter.

                                                   **Sincerely,**

                                                   **GREER M. LYNCH, CLERK**

                                                   **By: Angela Day**
                                                         **Deputy Clerk**

**SNH:AKD**

**Enclosures**

**xc:**    **Counsel**